

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2023

No. 04-22-00801-CR

Francisco Javier **ESCAMILLA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020CRF000097D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 22, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2023.

_____
Michael A. Cruz, Clerk of Court